**Carl J. SERVAT, Jr., Plaintiff–Appellee**

v.

**AMERICAN HERITAGE LIFE INSURANCE COMPANY, Defendant–Appellant.**

No. 07–30992.

United States Court of Appeals, Fifth Circuit.

Oct. 10, 2008.

John D. Fitzmorris, Jr., for Plaintiff–Appellee.

Covert James Geary, Jones Walker, New Orleans, LA, Eric M. Whitaker, Jones Walker, The Woodlands, TX, for Defendant–Appellant.

Before KING, HIGGINBOTHAM, and WIENER, Circuit Judges.

PER CURIAM: *

For essentially the reasons stated by the district court, we AFFIRM.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

